**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
SABA CAPITAL MASTER FUND, LTD., and
SABA CAPITAL MANAGEMENT, L.P.,

                Plaintiffs,               23 **CIVIL** 5568 (JSR)

  -against-                      **JUDGMENT**

BLACKROCK MUNICIPAL INCOME FUND,
INC., et al.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 4, 2024, the Court denies each of the motions to dismiss, and grants summary judgment for Saba on all claims against the remaining defendants. The Court declares that the control share resolutions at issue violate Section 18(i) of the ICA and orders that those resolutions be rescinded forthwith; accordingly, the case is closed.

**Dated:**  New York, New York
         January 04, 2024

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                           **BY:**
                                                  **Deputy Clerk**