UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABA CAPITAL MASTER FUND, LTD. et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>CLEARBRIDGE ENERGY MIDSTREAM OPPORTUNITY FUND INC. et al.,<br><br>Defendants. | 23-cv-5568 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

After the Supreme Court decided that § 47(b) of the Investment Company Act does not contain an implied private right of action, see FS Credit Opportunities Corp. v. Saba Cap. Master Fund, Ltd., 608 U.S. 608 (2026), and the Second Circuit granted plaintiffs' motion to partially vacate the judgment and remand the case to this Court, see ECF No. 138, plaintiffs on August 20, 2026 renewed their motion for summary judgment, see ECF No. 144. One month later, defendants filed cross-motions to dismiss and for judgment on the pleadings. See ECF No. 150. The Court heard oral argument on the motions on October 30, 2026.

Upon full consideration of the parties' briefing and oral argument, the Court hereby denies plaintiffs' motion for summary judgment, grants defendants' cross-motions, and dismisses the case with prejudice. An Opinion explaining the reasons for this ruling

will issue in due course, at which point final judgment will be entered. The Clerk's Office is respectfully directed to close ECF Nos. 144 and 150.

SO ORDERED.

New York, NY
November 16, 2026

JED S. RAKOFF, U.S.D.J.